TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Enron Corp., *et al.*,
Debtor and Debtor in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| ENRON CORP., *et al.*, | Case No. 01-16034 [AJG] |
| Debtors. | Jointly Administered |

------------------------------------------------------------x

| | |
|---|---|
| ENRON CORP., *et al.*, | Adversary Proceeding No. 03-91214 [AJG] |
| Plaintiff, | |
| - against - | |
| QUINN GILLESPIE & ASSOCIATES, | |
| Defendant. | |

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF
<u>SUMMONS IN AN ADVERSARY PROCEEDING</u>**

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NEW YORK )

      BRENNA MCDONOUGH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Chester, New Jersey.

      On December 18, 2003, deponent served a copy of the within Summons in an Adversary Proceeding, upon:

Quinn Gillespie & Associates
1133 Connecticut Ave NW, 5th Fl
Washington, DC  20036
Attn:  Jack Quinn

by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Brenna McDonough
BRENNA MCDONOUGH

Sworn to before me this
23rd day of December, 2003

/s /Joanne Minischetti
　　　Notary Public