TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Enron Corp., *et al.*
Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Neil Berger (NB-3599)
Jonathan Hook (JH-3812)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:

ENRON CORP., *et al.*,

         Reorganized Debtors.

---------------------------------------------------------------x

ENRON CORP.,

         Plaintiff,

- against -

QUINN GILLESPIE & ASSOCIATES,

         Defendant.

---------------------------------------------------------------x

Chapter 11

Case No. 01-16034 [AJG]

Jointly Administered

Adv. Pro. No. 03-91214 [AJG]
(Post-Confirmation)

## NOTICE OF DISCONTINUANCE OF ADVERSARY PROCEEDING

TO:   Williams & Connolly LLP
       *Counsel for Defendant*
       725 Twelfth Street, N.W.
       Washington, D.C. 20005-5901
       Attn: Jerry Shulman, Esq.

      **PLEASE TAKE NOTICE** that, Enron Corp. hereby discontinues the

Complaint in the above-captioned Adversary Proceeding as it pertains to Quinn

Gillespie & Associates, with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

Dated:      New York, New York
                May 9, 2005

                              ENRON CORP., *et al.*
                              Reorganized Debtors,
                              By its Bankruptcy Co-Counsel,
                              TOGUT, SEGAL & SEGAL LLP
                              By:

                              /s/ Neil Berger
                              FRANK A. OSWALD (FAO-1223)
                              NEIL BERGER (NB-3599)
                              Members of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000