TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Enron Corp., *et al.*
Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald (FAO-1223)
Neil Berger (NB-3599)
Jonathan Hook (JH-3812)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                          :
In re:                                                    :        Chapter 11
                                                          :
ENRON CORP., *et al.*,                                    :        Case No.  01-16034 [AJG]
                                                          :
                                                          :        Jointly Administered
          Reorganized Debtors.                            :
                                                          :
----------------------------------------------------------x
                                                          :
ENRON CORP.,                                              :
                                                          :
                                                          :        Adv. Pro. No. 03-91214 [AJG]
                                                          :           (Post-Confirmation)
              Plaintiff,                                  :
                                                          :
          - against -                                     :
                                                          :
QUINN GILLESPIE & ASSOCIATES,                             :
                                                          :
                Defendant.                                :
                                                          :
----------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF**
**NOTICE OF DISCONTINUANCE OF ADVERSARY PROCEEDING**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

          BRENNA MCDONOUGH, being duly sworn, deposes and says:
deponent is not a party to the action, is over 18 years of age and resides at Chester,
New Jersey.

          On May 9, 2005, deponent served a copy of the Notice of Discontinuance of
Adversary Proceeding, upon:

Williams & Connolly LLP
*Counsel for Defendant*
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
Attn:  Jerry Shulman, Esq.

by depositing a true copy of same enclosed in pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Brenna McDonough
BRENNA MCDONOUGH

Sworn to before me this
9th day of May, 2005

/s/ Joanne Minischetti
        Notary Public